1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            CASE NO.  2:21-CR-00154-JAM

11                    Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
12          v.                          ORDER

13 DANIEL LEON-ROMERO,                  DATE: December 7, 2021
                                        TIME: 9:30 a.m.
14                    Defendant.        COURT: Hon. John A. Mendez

15

16                            **STIPULATION**

17        Plaintiff United States of America, by and through its counsel of record, and defendant Daniel

18 Leon-Romero, by and through his counsel of record, hereby stipulate as follows:

19        1.    By previous order, this matter was set for status on December 7, 2021.

20        2.    By this stipulation, the defendant now moves to set the matter for a combination change-

21 of-plea and sentencing hearing pursuant to the government's Fast-Track Immigration Prosecution

22 Program, with said hearing to occur on February 1, 2022, and to exclude time between December 7,

23 2021, and February 1, 2022, under Local Code T4.

24        3.    The parties agree and stipulate, and request that the Court find the following:

25        a)    The government has represented that the discovery associated with this case

26 includes approximately 350 pages of documents, as well as audio recordings.  All of this

27 discovery has been either produced directly to counsel or made available for inspection and

28 copying.

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1        b)      The parties recently agreed in principle upon a plea agreement to resolve the case

2   under the Fast-Track program.  Counsel for the defendant desires additional time to consult with

3   his client, review potential defenses, discuss the plea agreement with his client, and prepare for

4   sentencing.

5        c)      Counsel for the defendant believes that failure to grant the above-requested

6   continuance would deny him the reasonable time necessary for effective preparation, taking into

7   account the exercise of due diligence.

8        d)      The government does not object to the continuance.

9        e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of December 7, 2021, to February 1,

14   2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at the defendant's request on the

16   basis of the Court's finding that the ends of justice served by taking such action outweigh the

17   best interest of the public and the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 29, 2021                    PHILLIP A. TALBERT
                                                            Acting United States Attorney


                                                            /s/ SAM STEFANKI
                                                            SAM STEFANKI
                                                            Assistant United States Attorney


Dated:  November 29, 2021                    /s/ DOUGLAS BEEVERS
                                                            DOUGLAS BEEVERS
                                                            Counsel for Defendant
                                                            DANIEL LEON-ROMERO


**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of November, 2021.  The matter is hereby SET for a combination plea and sentencing hearing on February 1, 2022, under the government's Fast-Track Immigration Prosecution Program.


                                                            /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            UNITED STATES DISTRICT COURT JUDGE