PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00154-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DANIEL LEON-ROMERO, | DATE: February 1, 2022 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a combination change of plea and sentencing hearing under the government's Fast-Track Immigration Prosecution Program on February 1, 2022, to be conducted by videoconference.  ECF No. 13; ECF No. 16.

2.      By this stipulation, the defendant now moves to continue the Fast-Track hearing until February 15, 2022, and to exclude time between February 1, 2022, and February 15, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The defendant was recently exposed to a potential COVID-19 infection while detained pending trial in the Sacramento County Main Jail.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      On January 31, 2022, the Court informed the parties that due to the defendant's exposure to COVID-19, the defendant was transferred to the Rio Cosumnes Correctional Center ("RCCC") in Elk Grove.  While the Sacramento County Main Jail has technical capabilities to allow for criminal proceedings to be conducted via videoconference, RCCC does not.

c)      Hence, while the defendant is detained at RCCC to protect public health and address his potential exposure to COVID-19, he is unable to appear via videoconference for the Fast-Track hearing previously scheduled for February 1, 2022.  Accounting for mandatory public health quarantine periods, the earliest the defendant is likely to be available for a Fast-Track hearing via videoconference is February 15, 2022.

d)      Accordingly, continuing the Fast-Track hearing until February 15, 2022, at 9:30 a.m., and excluding time through that date under Local Code T4, will protect public health and ensure the defendant appears before the Court as soon as possible following his full quarantine period.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 1, 2022, to February 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1   ///

2          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4   must commence.

5          IT IS SO STIPULATED.

6

7    Dated:  January 31, 2022                          PHILLIP A. TALBERT
                                                        United States Attorney
8

9                                                       /s/ SAM STEFANKI
                                                        SAM STEFANKI
10                                                      Assistant United States Attorney

11

12   Dated:  January 31, 2022                          /s/ DOUGLAS BEEVERS
                                                        DOUGLAS BEEVERS
13                                                      Counsel for Defendant
                                                        DANIEL LEON-ROMERO
14

15

16

17                                **FINDINGS AND ORDER**

18          IT IS SO FOUND AND ORDERED this 31st day of January, 2022.

19

20                                                      /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
21                                                      UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

                                                     3
     STIPULATION REGARDING EXCLUDABLE TIME
     PERIODS UNDER SPEEDY TRIAL ACT